FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

DOC NO
REC'D/FILED
2018 JUL 11 AM 11:09
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

United States District Court for the Western District of Wisconsin

_Ms. Roy Mitchell_
Plaintiff(s),

v.

_Joseph Ruhnke, et al.,_
Defendant(s)

File Number _18-CV-33-WMC_

Notice of Appeal

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the _7th_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _6th_ day of _July_, _2018_

(s) _MS. [signature]_
Attorney for _____
Address: _lisamitchell626@gmail.com_

* See Rule 3(c) for permissible ways of identifying appellants.